UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SCOTTIE L. FATE, )<br>)<br>Defendant. ) | Case No. 6:12-CR-18-08 |

## ORDER

This matter comes before the Court on a motion filed by Surety, Lafeta Fate, seeking a Return of Bond money used to secure the pretrial release of Defendant, Scottie Fate. *See* Doc. 162. In opposition, the Government filed a response motion seeking a bond forfeiture and a default judgment directing payment of the forfeited bond money towards the Defendant's outstanding criminal fine. The Court, having read and considered the pleadings submitted by both parties, and the balance of the record, hereby ORDERS:

1. Surety's motion is DENIED.
2. Forfeiture of the $3,500.00 cash bond deposited to secure the Defendant's pretrial release.
3. The United States' Motion for Default Judgment is GRANTED.
4. The forfeited $3,500.00 cash bond, plus all accrued interest, shall be applied to the outstanding balance of the Defendant's criminal fine.

The Clerk of Court shall coordinate as needed with the United States Attorney's Office, Southern District of Georgia, Financial Litigation Unit, to apply the forfeited funds in the manner directed in this Order.

This 12th day of June, 2018.

UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA